**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NINA MARIE A.,

                         Plaintiff,

        -against-

                                  24 **CIVIL** 9197 (GRJ)

                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Decision and Order dated January 18, 2026, Plaintiff's Motion for Remand

for Further Administrative Proceedings (Docket No. 13) is GRANTED, and this matter is

REMANDED for further administrative proceedings consistent with the Decision and Order;

accordingly, the case is closed.

**Dated:**  New York, New York

       January 21, 2026

                                    **TAMMI M. HELLWIG**

                                 _____
                                       **Clerk of Court**

                 **BY:**          K. Mango

                                     _____
                                       **Deputy Clerk**